**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NB LOFT VUE DST, | § | Case No. 21-32292 |
| | § | |
| Debtor. | § | |
| | § | |

**NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 BANKRUPTCY CASE**

On July 6, 2021, the above-captioned debtor and debtor in possession (the "Debtor") filed its voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas. The undersigned proposed counsel believes that this chapter 11 case qualifies as a complex chapter 11 case because:

__X__   The Debtor has total debt of more than $10 million;

____   There are more than 50 parties in interest in this case;

____   Claims against the Debtor are publicly traded;

____   Other.

WHEREFORE, the Debtor respectfully requests that the Court (a) enter an order in substantially the form attached hereto and (b) grant the Debtor such other and further relief to which they may show themselves justly enriched.

RESPECTFULLY SUBMITTED this 8th day of July, 2021.

| MUNSCH HARDT KOPF & HARR, P.C. | TUCKER ELLIS LLP |
|---|---|
| By: */s/ Thomas Berghman*<br>John D. Cornwell<br>Texas Bar No. 24050450<br>Thomas D. Berghman, Esq.<br>Texas Bar No. 24082683<br>700 Milam St., Ste. 2700<br>Houston, Texas 77002<br>Telephone: (713) 222-1470<br>Facsimile: (713) 222-1475<br>jcornwell@munsch.com<br>tberghman@munsch.com<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* | By: */s/ Thomas R. Fawkes*<br>Thomas R. Fawkes (*admitted pro hac vice*)<br>233 S. Wacker Dr., Suite 6950<br>Chicago, Illinois 60606<br>Telephone: (312) 256-9425<br>Facsimile: (312) 624-6309<br>thomas.fawkes@tuckerellis.com<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* |

**Certificate of Accuracy**

Pursuant to Local Rule 9013-1(i), I certify that the foregoing statements are true and accurate to the best of my knowledge, information, and belief.

*/s/ Thomas Berghman*
Thomas D. Berghman, Esq.

**Certificate of Service**

I hereby certify that on July 8, 2021, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Thomas Berghman*
Thomas D. Berghman, Esq.

4837-3979-4417v.1