Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **NB Vue Mac DST** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known): | **21-32291** |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders         12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Apartments.com<br>2563 COLLECTION CENTER DR<br>Chicago, IL 60693 | | | | | | $3,836.00 |
| BG Multifamily<br>PO Box 660282<br>Dallas, TX 75266 | | | | | | $4,648.82 |
| Blue Pine Construction Corp<br>4857 W 147TH ST STE D<br>Hawthorne, CA 90250-6735 | | | | | | $12,970.00 |
| Century Fire Protection Houston Inc<br>PO BOX 419<br>Pinehurst, TX 77362-0419 | | | | | | $4,614.00 |
| Conservice, LLC<br>PO Box 4696<br>Logan, UT 84323-4696 | | | | | | $7,334.07 |
| Conservice, LLC (utilities)<br>PO BOX 4696<br>Logan, UT 84323 | | | | | | $73,878.29 |
| Digital Ignite LLC<br>1049 MORRISON DR STE 201<br>Charleston, SC 29403-3875 | | | | | | $8,000.00 |
| Grid<br>5526 RIDGEDALE AVE<br>Dallas, TX 75206-6014 | | | | | | $5,728.79 |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 1

Debtor **NB Vue Mac DST**
Name

Case number *(if known)* **21-32291**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **HD Supply Facilities Maintenance** PO Box 509058 San Diego, CA 92150 | | | | | | $13,279.56 |
| **Inside Out Construction** PO Box 840246 Houston, TX 77084 | | | | | | $10,155.00 |
| **Kirton McConkie** PO BOX 45120 Salt Lake City, UT 84145-0120 | | | | | | $4,683.50 |
| **Landscapes USA** 11849 Rim Rock Trail Austin, TX 78737 | | | | | | $3,523.32 |
| **O'Connor & Associates** 2200 NORTH LOOP W STE 200 Houston, TX 77018 | | | | | | $24,584.61 |
| **Property Doctor Services LLC** PO BOX 184 Houston, TX 77001-0184 | | | | | | $36,112.40 |
| **Reliable Fire Protection** 6319 TULSA RD Houston, TX 77092-6315 | | | | | | $9,567.14 |
| **Ryan, LLC** PO Box 848351 Dallas, TX 75284-8351 | | | | | | $8,304.76 |
| **Single Digits, Inc.** 4 Bedford Farms Suite 210 Bedford, NH 03110 | | | | | | $114,785.85 |
| **The Electrical Doctor Home Services** 1601 Preston Rd Pasadena, TX 77503 | | | | | | $7,568.39 |
| **Waste Management** 4897 Alpha Dr Suite 150 Wixom, MI 48393 | | | | | | $3,002.98 |

| Debtor | **NB Vue Mac DST** | | Case number *(if known)* | **21-32291** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **WE Security Inc.**<br>**2470 S DAIRY ASHFORD RD**<br>**# 103**<br>**Houston, TX 77077-5716** | | | | | | **$47,595.36** |