IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § <br> § <br> NB LOFT VUE, DST, *ET AL.*, § <br> § <br> Debtors. § <br> § | Chapter 11 <br><br> Case No. 21-32292 <br><br> (Jointly Administered) |

## INITIAL MASTER SERVICE LIST – July 19, 2021

**DEBTORS:**

NB Loft Vue, DST
Attn: Patrick Nelson
180 La Pata
San Clemente, CA 92672

NB Vue Mac, DST
Attn: Patrick Nelson
180 La Pata
San Clemente, CA 92672

**DEBTORS' COUNSEL:**

Thomas R. Fawkes, Esq. (pro hac vice)
Tucker Ellis, LLP
233 S. Wacker Dr. Suite 6950
Chicago, IL 60606
(312) 256-9425
(312) 624-6309
Email: thomas.fawkes@tuckerellis.com

Thomas D Berghman
Munsch Hardt et al
500 N Akard St
Ste 3800
Dallas, TX 75201-6659
214-855-7584
Email: tberghman@munsch.com

**GOVERNMENTAL ENTITIES:**

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**U.S. TRUSTEE:**

Office of the U.S. Trustee
515 Rusk Street, Ste 3516
Houston, TX 77002
713-718-4650
Attn: Alicia Lenae Barcomb
Email: alicia.barcomb@usdoj.gov
Attn: Stephen Douglas Statham
Email: stephen.statham@usdoj.gov

US Department of Justice
Office of the U.S.Trustee
606 N Carancahua St
Ste 1107
Corpus Christi, TX 78401
361-888-3261
Attn: Andrew Jimenez
Email: andrew.jimenez@usdoj.gov

5223130.1

**SECURED CREDITORS:**

Fannie Mae
Attn: Daniel J. Ferretti
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1301 McKinney Street, Suite 3700
Houston, TX 77010
(713) 210-7436
Email: dferretti@bakerdonelson.com

**OTHERS REQUESTING SERVICE:**

Harris County
Attn: John P. Dillman
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
HOUSTON, TX 77253-3064
Telephone: (713) 844-3400
Facsimile: (713) 844-3503
Email: houston_bankruptcy@lgbs.com

GREATER SOUTHEAST MANAGEMENT DISTRICT
Attn: Melissa E. Valdez
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1235 North Loop West
Suite 600
Houston, TX 77008
(713) 862-1860
(713) 862-1429 FAX
mvaldez@pbfcm.com

**TOP 30 LARGEST CONSOLIDATED CREDITORS**:

Single Digits, Inc.
4 Bedford Farms
Suite 210
Bedford, NH 03110

Conservice, LLC (utilities)
PO BOX 4696
Logan, UT 84323

WE Security Inc.
2470 S DAIRYASHFORD RD, # 103
Houston, TX 77077-5716

Property DoctorServices LLC
PO BOX 184
Houston, TX 77001-0184

O'Connor & Associates
2200 NORTH LOOP W STE 200
Houston, TX 77018

Spectrum
PO Box 94188
Palatine, IL 60094-4188

Dixie Carpet Installations, Inc
13450 S Gessner
Missouri City, TX 77489-1096

Shipman FireService, Inc.
1020 LA JOLLAPOINTE DR
Rockwall, TX 75087-6763

Ryan, LLC
PO Box 848351
Dallas, TX 75284-8351

HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150

5223130.1

Blue Pine Construction Corp
4857 W 147TH ST, STE D
Hawthorne, CA 90250-6735

Octagon Building Care
PO BOX 93
Bedford, TX 76095-0093

University Sport Publications
570 Elmont Road
Elmont, NY 11003

C.K. Painting, Inc
505 W FELIX ST
Fort Worth, TX 76115-3405

Inside Out Construction
PO Box 840246
Houston, TX 77084

Reliable Fire Protection
6319 TULSA RD
Houston, TX 77092-6315

Digital Ignite LLC
1049 MORRISON DR, STE 201
Charleston, SC 29403-3875

Apartments.com
2563 COLLECTION CENTER DR
Chicago, IL 60693

The Electrical Doctor Home Services
1601 Preston Rd
Pasadena, TX 77503

Geary, Porter & Donovan, P.C.
16475 DALLAS PKWY, STE 400
Addison, TX 75001

Conservice, LLC
PO Box 4696
Logan, UT 84323-4696

5223130.1

Grid
5526 RIDGEDALE AVE
Dallas, TX 75206-6014

Kirton McConkie
PO BOX 45120
Salt Lake City, UT 84145-0120

BG Multifamily
PO Box 660282
Dallas, TX 75266

Century Fire Protection Houston Inc.
PO BOX 419
Pinehurst, TX 77362-0419

Good Guy Flooring
2420 McIver Lane, Ste 102
Carrollton, TX 75006

Landscapes USA
11849 Rim RockTrail
Austin, TX 78737

Waste Management
4897 Alpha Dr, Suite 150
Wixom, MI 48393

Hillhouse Power Solutions, Inc.
7164 CHELSEA DR
North Richland Hills,TX 76180-1600

Staples Advantage
Dept DAL
PO Box 660409
Dallas, TX 75266-0409

5223130.1

RESPECTFULLY SUBMITTED this 19th day of July, 2021.

        **MUNSCH HARDT KOPF & HARR, P.C.**

        By: */s/ Thomas Berghman*
            Thomas D. Berghman, Esq.
            Texas Bar No. 24082683
            500 North Akard St., Ste. 3800
            Dallas, Texas 75201
            Telephone: (214) 855-7500
            Facsimile: (214) 978-4375

            tberghman@munsch.com

and

**TUCKER ELLIS LLP**

Thomas R. Fawkes, Esq.
(*pro hac vice*)
233 S. Wacker Dr. Suite 6950
Chicago, Illinois 60606
Telephone:  (312) 256-9425
Facsimile:  (312) 624-6309
thomas.fawkes@tuckerellis.com

*Proposed Counsel to the Debtors and Debtors in Possession*

5223130.1